# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00141-CV

**Blackmon-Mooring Steamatic, Inc., Appellant**

**v.**

**Paula J. Wood, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. GN300672, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have settled the issues between them. Based on their agreement, appellant Blackmon-Mooring Steamatic, Inc. asks this Court to vacate the judgment of the trial court, dismiss this interlocutory appeal, and apportion costs according to the party incurring them.

On appellant's motion, the judgment of the trial court is hereby vacated, this appeal is dismissed, and costs are taxed to the party incurring same. Tex. R. App. P. 42.1(a)(1).

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Judgment Vacated and Cause Dismissed on Appellant's Motion

Filed:   April 29, 2004